EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Nicolás José Pérez Martínez | 2019 TSPR 145<br><br>202 DPR \_\_\_\_\_ |

Número del Caso:  TS-20,817


Fecha:  16 de agosto de 2019


Abogado de la parte peticionaria:

    Por derecho propio


Materia:  Reactivación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Nicolás José Pérez Martínez

TS-20,817

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de agosto de 2019.

Examinada la *Moción para la reactivación al ejercicio de la abogacía* del 7 de agosto de 2019, se declara Ha Lugar.

Se ordena a la Secretaría registrar el cambio de estatus a abogado inactivo en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo